IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RALPH WILSON LINGO,            )
                               )
    Petitioner,                )
                               )     CIVIL ACTION NO.
    v.                         )      1:14cv724-MHT
                               )          (WO)
GREGORY J. BENTON-DOTHAN       )
POLICE CHIEF,                  )
                               )
    Respondent.                )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(2) Petitioner's motion for writ of mandamus (Doc. No. 1) is denied without prejudice.

(3) Petitioner's motion to dismiss (Doc. No.5) is granted.

 (4) This case is dismissed in its entirety without prejudice.

 It is further ORDERED that no costs are taxed.

 The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

 This case is closed.

 DONE, this the 29th day of August, 2014.

      /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**